1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Lexi Negin, Bar #250376
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   FREDDY LOPEZ-CEJA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-237 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| FREDDY LOPEZ-CEJA, | ) | |
| Defendant. | ) | |

   This case is currently scheduled for a status hearing on July 24, 2009.  The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

   The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 24, 2009, be continued until August 7, 2009.  In addition, the parties stipulate that the time period from July 24, 2009, to August 7, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

   A proposed order is attached and lodged separately for the court's convenience.

1

1  DATED:July 27, 2009

2
                     Respectfully submitted,
3
   LAWRENCE G. BROWN                    DANIEL BRODERICK
4  Acting United States Attorney        Federal Defender

5

6   /s/ Lexi Negin for                   /s/ Lexi Negin
   MICHAEL ANDERSON                     LEXI NEGIN
7  Assistant U.S. Attorney              Assistant Federal Defender
   Attorney for United States           Attorney for Freddy Lopez-Ceja
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-09-237 EJG |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| FREDDY LOPEZ-CEJA, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on July 27, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for July 24, 2009, be vacated and that the case be set for Friday, August 7, 2009 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 27, 2009 stipulation, the time under the Speedy Trial Act is excluded from July 24, 2009, through August 7, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated:   July 24 , 2009                                /s/ Edward J. Garcia
                                                                 EDWARD J. GARCIA
                                                                 UNITED STATES DISTRICT JUDGE